# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tami Haney,<br><br>   Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company,<br><br>   Defendant. | No. CV-22-00531-PHX-SMB<br><br>**ORDER** |

The Court having reviewed the Second Stipulation for Extension of Time to Respond to Plaintiff's Motion to Amend Complaint (Doc. 26) and good cause appearing,

**IT IS ORDERED** that Defendant Lincoln National Life Insurance Company shall have through and including **November 17, 2022** to respond to Plaintiff's Motion to Amend Complaint.

Dated this 27th day of September, 2022.

_____
Honorable Susan M. Brnovich
United States District Judge